■       BENJAMIN ACKMAN et al., Doing Business as ACKMAN BROTHERS, Respondents, v. TOREN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. It should be noted, however, that if the alleged written agreement is established on the trial, the prior oral agreement set forth in the first two causes of action will be deemed merged in

and superseded by the written agreement, which plaintiffs themselves assert reduced the oral offer to writing. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.